**No. P68/460.**—The Mundo Corporation v. United States, protests 63/10519, etc. (Los Angeles).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cast-iron fittings similar in all material respects to those the subject of *The Mundo Corp.*

and *Arthur J. Fritz & Co.* v. *United States* (56 Cust. Ct. 303, C.D. 2640), the claim of the plaintiff was sustained.